File Hashes for IP Address 67.174.4.96

**ISP:** Comcast Cable
**Physical Location:** Elmwood Park, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/07/2013 16:41:02 | D5DED7C85D1DDC143D0C124EEA5576076C0BE444 | In Love With Lexi |
| 03/22/2013 06:58:50 | 34835BE9A807CA40E07E39587215CB61A22EE610 | Lipstick Lesbians |
| 12/27/2012 02:21:12 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 12/06/2012 05:02:17 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/06/2012 04:27:18 | 56D40E4C6C6F87213F6D9C2DCB27ADBA9D153B5D | Cum With Me |
| 10/27/2012 02:05:50 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 09/23/2012 16:59:36 | 40AE44C718F7CCF4683EBED2407FC5A3299EEE99 | Sapphic Experience |
| 08/14/2012 03:44:20 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 07/29/2012 04:57:36 | 8E83A291FF3E20DD8C4F42092B6E0E4BAD5746AE | Come To My Window |
| 07/16/2012 06:13:29 | 47920FB05863B96725A9DD34CC139547C66B4003 | Dream Come True |
| 06/14/2012 04:37:08 | 1E5C04AC11C00781AB7A77019D6A8D9A31111DAE | On My Own |
| 05/30/2012 01:54:32 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 05/17/2012 01:02:55 | 59F256642A7CE72EA45369ADC77D3D847B9F1F80 | Silver Bullets |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

NIL87